# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| TENNESSEE SCENIC RIVERS ASSOCIATION and SIERRA CLUB, ) ) ) Plaintiffs, ) ) ) v. ) ) WATER AND WASTEWATER ) AUTHORITY OF WILSON COUNTY, ) and ADENUS OPERATIONS, LLC, ) ) Defendants. ) | Case No.: 3:25-cv-01145<br><br>Judge Richardson |

## MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 12(b)(1), Defendants Water and Wastewater Authority of Wilson County and Adenus Operations, LLC move the Court to dismiss the claims of Plaintiff Tennessee Scenic Rivers Association for lack of jurisdiction. Pursuant to Fed. R. Civ. P. 12(b)(6), Defendants move the Court to dismiss claims of alleged Clean Water Act violations for failure to state a claim on which relief can be granted.

Defendants submit a memorandum in support of this motion. In addition, in support of the motion to dismiss the claims of Plaintiff Tennessee Scenic Rivers Association for lack of jurisdiction under Rule 12(b)(1), Defendants rely on the December 1, 2025, Declaration of Chris Leauber and the Sewer Service Contract signed by Angela Stalcup attached to the Declaration [Doc. No. 19-1].[1]

---

[1] The Court may consider evidence outside the pleadings to resolve disputes concerning jurisdiction. *Nichols v. Muskingum College*, 318 F.3d 674, 677 (6th Cir. 2003).

Respectfully submitted,

*/s/ Sarah M. Ingalls*
Richard L. Colbert (#009397)
William L. Penny (#009606)
Sarah M. Ingalls (#038383)
THOMPSON BURTON, PLLC
Palmer Plaza
1801 West End Ave, Suite 1550
Nashville, Tennessee 37203
Telephone: (615) 465-6000
Facsimile: (615) 807-3048
rcolbert@thompsonburton.com
bpenny@thompsonburton.com
singalls@thompsonburton.com

*Attorneys for Defendants Water and Wastewater Authority of Wilson County and Adenus Operations, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2025, a copy of the foregoing was filed electronically with the Clerk's office and served upon all parties using the Court's CM/ECF system through their counsel of record as indicated below:

| | |
|---|---|
| Stephanie Biggs<br>George Nolan<br>1033 Demonbreun Street<br>Suite 205<br>Nashville, TN 37203<br>sbiggs@selc.org<br>gnolan@selc.org | James S. Whitlock<br>48 Patton Avenue, Suite 304<br>Asheville, NC 28801<br>jwhitlock@selc.org |

*/s/ Sarah M. Ingalls*
Sarah M. Ingalls