IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| TENNESSEE SCENIC RIVERS ASSOCIATION ANDSIERRA CLUB, | ) ) ) ) |
| v. | ) Case No. 3:25-cv-01145 ) Richardson/Holmes |
| WATER AND WASTEWATER AUTHORITY OF WILSON COUNTY, AND ADENUS OPERATIONS, LLC, | ) ) ) ) |

**O R D E R**

An initial case management conference is scheduled in this case on January 22, 2026. Due to unanticipated circumstances, however, Judge Holmes will not be able to conduct the initial case management conference and it is **CANCELLED**. Instead, the parties' proposed ICMO will be entered with modifications as the Court deems necessary to conform to the Court's preferred case management schedule and plan.

Counsel are therefore required to prepare and file a proposed joint initial case management order ("ICMO") by no later than the previously scheduled initial case management conference, and to send a copy in Word format to chambers at TNMDdb_JudgeHolmesChambers@tnmd.uscourts.gov, **by the original deadlines and as previously instructed**.[1]

---

[1] Counsel must utilize the appropriate form ICMO found on the Court's website under the link to Judge Holmes with designated provisions for the District Judge assigned to this case. Because Judge Holmes' form ICMO includes all required procedures of the assigned District Judge, no incorporation of any other form ICMO is necessary. Additionally, Judge Holmes' form is updated periodically, and counsel must therefore use the form ICMO from the website, not a form ICMO that a party's counsel has previously used.

Counsel may remove the initial case management conference from their calendars. **However, when the ICMO is entered, counsel must carefully read the ICMO for modifications and any further instructions. Counsel must also familiarize themselves with and follow the case management requirements and procedures detailed in Judge Holmes' Notice and Order entered separately.**

To monitor the progression of this case, Judge Holmes may schedule a status/case management conference at a later time. Further, any party may request or Judge Holmes may schedule additional status/case management conferences as needed based on further developments in this case.

It is **SO ORDERED**.

_____
BARBARA D. HOLMES
United States Magistrate Judge