# ORDER

This motion (Doc. No. 28), being unopposed, is **GRANTED**. Plaintiffs shall file their response to Defendants' motion to dismiss (Doc. No. 24) on or before January 14, 2026. **IT IS SO ORDERED.**

*Eli Richardson*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TENNESSEE SCENIC RIVERS ASSOCIATION and SIERRA CLUB, ) ) | |
| *Plaintiffs*, ) ) | **Case No. 3:25-cv-01145** |
| v. ) ) | |
| WATER AND WASTEWATER AUTHORITY OF WILSON COUNTY and ADENUS OPERATIONS, LLC, ) ) ) ) | |
| *Defendants*. ) | |

## MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT

Plaintiffs Tennessee Scenic Rivers Association and Sierra Club, by and through undersigned counsel and pursuant to Fed. R. Civ. P. 6 and L.R. 6.01, respectfully requests a short two-day extension of time, up to and through January 14, 2026, to respond to Defendants' Motion to Dismiss Plaintiffs' Amended Complaint. In support of this motion, Plaintiffs show unto the Court the following.

1. On December 29, 2025, Defendants Water and Wastewater Authority of Wilson County ("WWAWC") and Adenus Operations, LLC ("Adenus") filed a Motion to Dismiss Plaintiffs' Amended Complaint. [Docs. 24, 25].

2. Plaintiffs' Response to Defendants' Motion to Dismiss is currently due on or before January 12, 2026.

1