IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TENNESSEE SCENIC RIVERS ASSOCIATION and SIERRA CLUB, <br><br> *Plaintiffs*, <br><br> v. <br><br> WATER AND WASTEWATER AUTHORITY OF WILSON COUNTY and ADENUS OPERATIONS, LLC, <br><br> *Defendants*. | **Case No. 3:25-cv-01145** <br> Judge Richardson <br> Magistrate Judge Holmes |

**JOINT MOTION TO SET TRIAL DATE**

As directed by Section N of the Initial Case Management Order [Doc. 34], Plaintiffs Tennessee Scenic Rivers Association and Sierra Club and Defendants Water and Wastewater Authority of Wilson County and Adenus Operations, LLC ("the Parties"), respectfully move the Court to set this matter for trial on January 24, 2028. The trial will be a bench trial, and the Parties anticipate that the trial will last approximately 6 days.

Respectfully submitted,

*/s/ Sarah M. Ingalls*
Sarah M. Ingalls, TN BPR No. 038383
Richard L. Colbert, TN BPR No. 009397
William L. Penny, TN BPR No. 009606
THOMPSON BURTON, PLLC
Palmer Plaza
1801 West End Ave, Suite 1550
Nashville, TN 37203
Telephone: (615) 465-6000
Facsimile: (615) 807-3048

*/s/ Stephanie Biggs*
Stephanie Biggs, TN BPR No. 036734
George Nolan, TN BPR No. 014974
SOUTHERN ENVIRONMENTAL LAW CENTER
1033 Demonbreun Street, Suite 205
Nashville, TN 37203
Telephone: (615) 921-9470
sbiggs@selc.org
gnolan@selc.org

rcolbert@thompsonburton.com
bpenny@thompsonburton.com
singalls@thompsonburton.com

*Counsel for Defendants*

James S. Whitlock, NC Bar No. 34304
Admitted *Pro Hac Vice*
SOUTHERN ENVIRONMENTAL LAW CENTER
48 Patton Avenue, Suite 304
Asheville, NC 28801
Telephone: (828) 258-2023
jwhitlock@selc.org

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2026, a copy of the foregoing document has been electronically filed with the Clerk of Court using the CM/ECF system which will automatically email all counsel of record.

*/s/ Stephanie Biggs*
Stephanie Biggs

*Counsel for Tennessee Scenic Rivers Association and Sierra Club*