**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| TENNESSEE SCENIC RIVERS ASSOCIATION and SIERRA CLUB,<br><br>*Plaintiffs*,<br><br>v.<br><br>WATER AND WASTEWATER AUTHORITY OF WILSON COUNTY and ADENUS OPERATIONS, LLC,<br><br>*Defendants*. | ) | **Case No. 3:25-cv-01145**<br>**Judge Richardson** |

---

**JOINT CASE RESOLUTION STATUS REPORT**

Plaintiffs Tennessee Scenic Rivers Association and Sierra Club ("Plaintiffs") and Defendants Water and Wastewater Authority of Wilson County and Adenus Operations, LLC ("Defendants") (collectively, "the Parties"), pursuant to Section F. of the Initial Case Management Order ("ICMO") [Doc. 34], respectfully submit this Joint Case Resolution Status Report.

1. In September and October 2025, following service of Plaintiffs' 60-day Notice of Intent [Doc. 17-1], counsel for parties engaged in several exchanges in an effort to resolve this matter without the need for litigation. Settlement proposals and counterproposals were made by each party. Those efforts were unsuccessful. Plaintiffs thereafter filed their original Complaint [Doc. 1] and Amended Complaint [Doc. 17] and the Parties commenced discovery.

2. Since late July 2026, following the exchange of voluminous written discovery and completion of several depositions, counsel for the parties have resumed their settlement discussions, again exchanging proposals and counterproposals. While the parties have not agreed yet on terms for settlement, they have engaged in good faith consideration of one another's

proposals. The parties have also determined that a meeting to further discuss the details of their latest proposal and counterproposal could be fruitful. Based on their respective schedules, counsel have agreed to schedule that meeting during the week of August 17, 2026.

Respectfully submitted, this 12th day of August, 2026.


*/s/ James S. Whitlock*
Stephanie Biggs, TN BPR No. 036734
George Nolan, TN BPR No. 014974
SOUTHERN ENVIRONMENTAL LAW CENTER
1033 Demonbreun Street, Suite 205
Nashville, TN 37203
Telephone: (615) 921-9470
sbiggs@selc.org
gnolan@selc.org

James S. Whitlock, NC Bar No. 34304
*Admitted Pro Hac Vice*
SOUTHERN ENVIRONMENTAL LAW CENTER
48 Patton Avenue, Suite 304
Asheville, NC 8801
Telephone: (828) 258-2023
jwhitlock@selc.org

*Counsel for Plaintiffs*

*/s/ Richard L. Colbert*
Richard L. Colbert, TN BPR No. 009397
William L. Penny, TN BPR No. 009606
Sarah M. Ingalls, TN BPR No. 038383
THOMPSON BURTON, PLLC
Palmer Plaza
1801 West End Ave, Suite 1550
Nashville, TN 37203
Telephone: (615) 465-6000
Facsimile: (615) 807-3048
rcolbert@thompsonburton.com
bpenny@thompsonburton.com
singalls@thompsonburton.com

*Counsel for Defendants*


## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2026, a copy of the foregoing document has been electronically filed with the Clerk of Court using the CM/ECF system which will automatically email all counsel of record.


*/s/ James S. Whitlock*
James S. Whitlock

*Counsel for Tennessee Scenic Rivers Association and Sierra Club*